## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE  DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                              **CASE NO. 1:10-cr-16-SPM/GRJ-1**

**ERIC JOSEF SCHULZ and**
**KELLY ANN SCHULZ,**

　　　**Defendants.**

_____/

### ORDER ADOPTING REPORTS AND RECOMMENDATIONS

　　　Pursuant to the Reports and Recommendations (docs. 86, 87) of the United

States Magistrate Judge, to which there have been no timely objections, the pleas of

guilty of the Defendants, **ERIC JOSEF SCHULZ and KELLY ANN SCHULZ**, to Count

One of the Indictment are hereby **ACCEPTED.** All parties shall appear before this Court

for sentencing as directed.

　　　**DONE AND ORDERED** this twenty-ninth day of July, 2011.

　　　　　　　　　　　　　　　　　　　　*s/ Stephan P. Mickle*
　　　　　　　　　　　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge